**Motion Denied as Moot; Order filed July 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00274-CV

_____

### SAMER W. YACOUB, Appellant

### V.

### SURETEC INSURANCE COMPANY, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1003979**

---

## ORDER

Appellant filed a brief in this appeal on June 27, 2013. The court has determined that appellant has not properly presented this cause in his brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to file a complete statement of facts, and failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to legal authority. *See* Tex. R. App. P. 38.1(f), (g), (i).

Litigants who appear *pro se* must comply with the applicable procedural rules and are held to the same standards that apply to licensed attorneys. *See Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 185 (Tex. 1978); *Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). Accordingly, the court issues the following order:

Pursuant to Rule 38.9(b), we **STRIKE** the brief filed June 27, 2013, and **ORDER** appellant to file an amended brief complying with the Rules of Appellate Procedure on or before **August 9, 2013.** *See* Tex. R. App. P. 38.9(b). If appellant fails to file an amended brief on or before August 9, 2013, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM